**ORIGINAL FILED**

Mr. Frank Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

AUG 3 1 2006

Pro Se Plaintiff

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRIC[T]

FOR THE DISTRICT OF COLUM[BIA]

| | |
|---|---|
| Frank Voth, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

CASE NUMBER   1:06CV01549

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 08/31/2006

COMPLAINT UNDER FEDERAL
TORT CLAIM ACT

**CASE RE-ASSIGNED**

SEP 2 9 2006

TO: ROBERTS, J. R[WR]

INTRODUCTION

  1. Plaintiff is a resident of the State of Oregon filing this complaint under the Federal Tort Claim Act (FTCA), against the defendant's agent, the United States Secretary of Treasury, for Negligence Per Se and Breach Of Legal Duty owed to Plaintiff.

  2. The defendant's agent last know address is: Department of Treasury 1500 Pennsylvania Avenue, NW Room 2418 Washington, D.C. 20220.

  3. At no time mention in this complaint was the defendant's agent performing a discrectionary function or duty.

  4. Plaintiff has exhausted administrative remedies by filing a 'Notice Of Tort Claim' with the United States Department Of Justice Tort Claim Division on February 13, 2006, and as of this date six (6) months has past and the Department of Justice has not stipulated to settle the Claim pursuant to Title 28 USC § 2672.

  5. This court maintains jurisdiction of this action pursuant to Title(s) 31 USC § 9307(a)(1)(2)(D)(b) & 28 USC § 3002(15)(A); 28 USC § 1346(b)(1).

STATEMENT OF FACTS

  6. The Secretary of the Treasury for the United States is the sole individual with the liability for securing and maintaining the bookkeeping of 'Commercial Crimes Bonding Certification' which secured the finacing and/or pledge for the alleged commercial crimes in STATE OF OREGON v. Frank Everett Voth, 8912-37108.

**RECEIVED**

AUG 1 5 2006

Page 1-COMPLAINT UNDER FEDERAL TORT CLAIM ACT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

   7.  On June 22, 2005, plaintiff filed a Freedom Of Information request for all information on the criminal bonds and/or commercial crimes bonding for the undertakings in the judicial proceedings STATE OF OREGON v. Frank Everett Voth, 8912-37108.  On August 31, 2005, the 'Executive Office for the United States Attorneys' in Washington, D.C., sent plaintiff a notice that no records of [any] criminal bonds exist for the abovecited judicial proceedings authorized from the Secretary of the Treasury for the Untied States.

   8.  The Secretary of the Treasury has a legal duty imposed by federal laws and rules to have a bond, stipulation, or other undertakings in the judicial proceedings STATE OF OREGON v. Frank Everett Voth, 8912-37108 secured by a corporate surety holding a Certificate of Authority from the Secretary of Treasury for the United States.

   9.  The Secretary of the Treasury failed to have a record of a Certified Power Of Attorney which may be used as evidence in a civil action under Title 31 USC § 9307 authorizing a surety corporation to provide a surety bond in the judicial proceedings STATE OF OREGON v. Frank Everett Voth, 8912-37108.  As a direct result of the omissions by the Secretary of the Treasury for the United States plaintiff has been injured and suffered damages in the amount of $100, 000,000.00 (One Hundred Million Dollars).

CLAIM ONE-BREACH OF LEGAL DUTY

   Plaintiff realleges paragraphs one through nine and incorporates them in this claim.

   The Secretary of the Treasury for the United States knowingly and willingly breached the legal duties imposed by federal laws and rules governing the United States Department of Treasury and failed to secure and maintain records of certified true and correct copies of the bond(s), and identification number(s), with a certified indication of the amount secured per bond, per each offense charged for the alleged commercial crimes in STATE OF OREGON v. Frank Everett Voth, 8912-37108.  As a direct result of the defendant's agents breach of his legal duties imposed by federal laws and rules plaintiff has been injured and suffered damages in the amount of $100,000, 000.00 (One Hundred Million Dollars).

CLAIM TWO-NEGLIGENCE PER SE

   Plaintiff realleges paragraphs one through nine and incorporates them in this claim.

   The Secretary of the Treasury for the United States neglected to secure and maintain 'Commercial Crimes Bonding Certification' from the government body and/or whom or what "person(s)" i.e., corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers which (a) secured the bonds and (b) hold the bonds for the alleged commercial crimes in STATE OF OREGON v. Frank Everett Voth, 8912-37108.  As a direct result of the defendant's agents negligence per se plaintiff has been injured and suffered damages in the amount of $100,000,000,00 (One Hundred Million Dollars).

RELIEF

Wherefore, plaintiff pray this Honorable Court grant the following relief:

1. Order the defendant's agent to provide plaintiff the bonds for the alleged commercial crimes in STATE OF OREGON v. Frank Everett Voth, 8912-37108.

2. Award plaintiff $100,000,000.00 (One Hundred Million Dollars) for claim one.

3. Award plaintiff $100,000,000.00 (One Hundred Million Dollars) for claim two.

4. Grant plaintiff such other relief that is proper and just.

VERIFICATION

"I verify under the penalty of perjury of the laws of the United States Of America in the nature of [28 USC §1746], that I have read and prepared the foregoing complaint, and know the contents thereof, and that the information stated herein is true, correct and complete to the best of my knowledge and belief."

Dated: August 8, 2006        .


Respectfully submitted,


*[signature]*
Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]


Pro Se Plaintiff


Page 3-COMPLAINT UNDER FEDERAL TORT CLAIM ACT