```
1  Mr. Frank Voth
2  Sid: [6100632]
3  82911 Beach Access Road
4  Pro Se Plaintiff
   (Name & Address)
```

RECEIVED / FILED AUG 3 1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Frank Voth,<br>Petitioner-Plaintiff,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA,<br><br>_____<br><br>_____<br>Respondent(s). Defendant. | Civil No. 06 1549<br><br>MOTION TO PROCEED<br>IN FORMA PAUPERIS |

Petitioner moves this court for an order allowing him to proceed in forma pauperis. This motion is based upon the declaration in support of motion to proceed in forma pauperis filed herewith.

DATED this __8th__ day of __August__, 20 __06__.

RECEIVED AUG 15 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Respectfully submitted,

_/s/ Frank Voth_
Signature of petitioner
Frank Voth-[6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Page 1 of 1 MOTION TO PROCEED IN FORMA PAUPERIS

1. Mr. Frank Voth
2. Sid: [6100632]
3. 82911 Beach Access Road
4. Pro Se Plaintiff
   (Name & Address)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Frank Voth )
Petitioner ~~-Plaintiff,~~ )
 )
vs. ) Civil No. _____
 )
 ) DECLARATION IN SUPPORT OF
UNITED STATES OF AMERICA, ) MOTION TO PROCEED IN FORMA
 ) PAUPERIS
 )
 )
 )
Respondent(s). ~~Defendant.~~ )

I, **Frank Voth**, am petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

I, further declare that the responses which I have made below are true.

1. Are you presently employed? Yes [✓]  No [ ]

   A. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

      **N/A**

Page 1 of 3 DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

B.  If the answer is no, state the date of last employment and the amount of the salary per month which you received.

**Imprisoned since 1989.**

2. Have you received within the past twelve (12) months any money for any of the following sources?

   A.  Business, profession or form of self employment?

   Yes [ ]         No [✓]

   B.  Rent Payment, interest or dividends?

   Yes [ ]         No [✓]

   C.  Pensions, annuities or life insurance payments?

   Yes [ ]         No [✓]

   D.  Gifts or inheritances?

   Yes [ ]         No [✓]

   E.  Any other sources?

   Yes [ ]         No [✓]

   F.  If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past (12) months;

   **N/A**

3. Do you own any cash or do you have money in a checking or savings account? Include any funds in prison accounts;

   Yes [ ]         No [✓]

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]         No [✓]

   If the answer is yes, describe the property and value;
   **N/A**

Page 2 of 3 DECLARATION INSUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support:

**N/A**

I UNDERSTAND that a false statement or answer to any questions in this declaration will subject me to penalties for perjury.

*[signature]*
Petitioner's signature
**Frank Voth-[6100632]**

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this **8th** day of **August**, 20 **06**.

*[signature]*
Petitioner's signature
**Frank Voth-[6100632]**

Page 3 of 3 DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

OREGON DEPARTMENT OF CORRECTIONS
TRUST ACCOUNT STATEMENT

OTRTASTB
4.12.0.0.1TR

SID# 0006100632    Name: VOTH, FRANK E
LOCATION: EOCI-A1-A130B

BKG# 242790

| Account Balance Today ( 17-JUL-06 ) | Current : | 10.58 |
|---|---|---|
| | Hold : | 0.00 |
| | Total : | 10.58 |
| Account Balance as of  16-JUL-06 | | 10.58 |

| SUB ACCOUNT | 06/13/2006 START BALANCE | 07/16/2006 END BALANCE |
|---|---|---|
| RESERVED COUNTY COURT FEES | 10.54 | 10.54 |
| INMATE SPENDING ACCOUNT | 0.04 | 0.04 |
| INMATE RE-ENTRY SAVINGS ACCOUNT | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| WRITE TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| CANA | CANTEEN ADVANCE | 09202004 | 14.74 | 15.26 |
| COPA | COPY ADVANCE | 12161999 | 1431.83 | 0.00 |
| COPA | COPY ADVANCE | 7 | 3798.36 | 0.00 |
| COUA | COUNTY COURT FEES ADVANCE | 02082000 | 99.00 | 158.00 |
| EOCIA | EOCI POSTAGE ADVANCE | 06072006 | 13.52 | 0.00 |
| FDISA | DISCIPLINARY FINES ADVANCE | 16 | 377.19 | 0.00 |
| IDA | ID CARDS ADVANCE | 15 | 10.00 | 0.00 |
| MEDA | MEDICAL ADVANCE | 10 | 291.11 | 0.00 |
| OPTA | OPTICAL ADVANCE | 12072000 | 134.10 | 0.00 |
| OSCIA | OSCI POSTAGE ADVANCE | 06272001 | 47.13 | 0.00 |
| OSPA | OSP POSTAGE ADVANCE | 03112003 | 64.03 | 0.00 |
| POSA | DOC POSTAGE ADVANCE | 6 | 495.74 | 364.51 |
| PROA | PROPERTY DAMAGE ADVANCE | 14 | 5.00 | 0.00 |
| SRCIA | SRCI POSTAGE ADVANCE | 12131999 | 251.22 | 0.00 |
| TRCIA | TRCI POSTAGE ADVANCE | 04202001 | 945.83 | 0.00 |
| USA | US COURT FILING FEE ADVANCE | 01062000 | 493.02 | 150.00 |

06 1549
FILED
AUG 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT