UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRANK VOTH** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-1549 |
| | ) | |
| v. | ) | |
| | ) | |
| **U.S. DEPARTMENT OF TREASURY** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for defendant in the above-captioned case.

      /s/
MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C. 20530
202-514-7139

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Mr. Frank Voth
>SID 6100632
>Oregon Department of Corrections – SRCI
>777 Stanton Blvd.
>Ontario, OR 97914

on this <u>13th</u> day of November, 2006.

>_____/s/_____
>MICHELLE JOHNSON
>Assistant United States Attorney
>555 4th St., N.W., Room E4212
>Washington, D.C.  20530
>202-514-7139