# Letter to request all information on criminal bonds, etc.

TO:
Patricia D. Harris
F.O.I.A./P.A. Section, Room 115 Loc
Justice Management Division
U.S. Department of Justice
Constitution Avenue and Tenth Street NW
Washington, D.C. 20530

DIRECT RESPONSE TO:
**Mr. Frank Voth-6100632**
**82911 Beach Access Road**
**Umatilla, OR 97882**
IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

INFORMATION IN RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED BELOW - Case No. **State of Oregon v. Frank E. Voth, 8912-37108.**
Date **December 1989**

Dear Ms. Harris:

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C. §552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records ᵃⁿᵈ/ₒᵣ data contained in the files of your Department ᵃⁿᵈ/ₒᵣ Agency under my name ᵃⁿᵈ/ₒᵣ identifier to my name. This request sought herein is for Bond Information ᵃⁿᵈ/ₒᵣ Commercial Crimes Bonding Information ᵃⁿᵈ/ₒᵣ Case Bonding Information ᵃⁿᵈ/ₒᵣ Commercial Crimes Bonding Certification 5 U.S.C. § 552 (a)(2)(A)(B) of records that are secured and maintained by your Department ᵃⁿᵈ/ₒᵣ Agency.

The records sought specifically but not limited to are the compiled files containing: (1) Criminal Case Bonding Information. (2) Commercial Bond Certification. (3) Noted Criminal Case Bonding ᵃⁿᵈ/ₒᵣ the Bond(s) which secured the financing ᵃⁿᵈ/ₒᵣ the pledge for the financing of the Criminal Case listed above. (4) Certified true and correct copies if the Bond(s) and identification number(s). (5) Certified indication of the amount secured per Bond per each offense charged. (6) The expiration date and specified interest for the specified length of time of these Bond(s). (7) Which government body ᵃⁿᵈ/ₒᵣ whom or what "person(s)" i.e. corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals ᵃⁿᵈ/ₒᵣ officers (a) secured the Bond(s) (b) hold the bond(s). (8) Any and all other records and data concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7), 5 U.S.C. §552a(f)(2),(k)(2) or law public citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L Ed 2d 377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.S. 749, 103 L. Ed 2d 744, 109 S. Ct 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v. Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ U.S.C. §552(b)(3).

If the information, records ᵃⁿᵈ/ₒᵣ data requested are placed, filed, secured ᵃⁿᵈ/ₒᵣ held in a separate, different ᵃⁿᵈ/ₒᵣ distinct file by or under another name, number or identifier other than the case docket number ᵃⁿᵈ/ₒᵣ identification(s) listed above I authorize and request your Department ᵃⁿᵈ/ₒᵣ Agency to open ᵃⁿᵈ/ₒᵣ access that file for all the information, records ᵃⁿᵈ/ₒᵣ data requested herein.

It is further requested that your department ᵃⁿᵈ/ₒᵣ Agency in response to all the information requested, specifically inform me if and to what governmental body ᵃⁿᵈ/ₒᵣ to whom ᵃⁿᵈ/ₒᵣ what "person" previously described, has been released ᵃⁿᵈ/ₒᵣ disclosed any of the information ᵃⁿᵈ/ₒᵣ material requested herein, their name, title purpose and need for such information ᵃⁿᵈ/ₒᵣ material, the date of release, and the specific information ᵃⁿᵈ/ₒᵣ material released ᵃⁿᵈ/ₒᵣ disclosed such information ᵃⁿᵈ/ₒᵣ material and the specific reference to authority, statute or regulation governing such release ᵃⁿᵈ/ₒᵣ disclosure 5 U.S.C. §552a(b)(1)—(12), (c)(1)—(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department ᵃⁿᵈ/ₒᵣ Agency is advised that the Bonding ᵃⁿᵈ/ₒᵣ Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sources Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above ᵃⁿᵈ/ₒᵣ beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10617, in compliance with 31 U.S.C. §9701, or if I, am considered indigent, I ask that your Department ᵃⁿᵈ/ₒᵣ Agency wave all charges pursuant to 5 U.S.C. §552a (I)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(I), it is noted that your Department ᵃⁿᵈ/ₒᵣ Agency has ten (10) working days following receipt of this request to provide me this information ᵃⁿᵈ/ₒᵣ material sought. Should any delay occur, it is requested that your Department ᵃⁿᵈ/ₒᵣ Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department ᵃⁿᵈ/ₒᵣ Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazey v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998).

I certify under penalty of perjury under the laws of the United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the forgoing request for information and know the contents thereof, and that the information listed above; full name, current mailing location, and date and place of birth, are true and correct and complete.

Executed this **22nd** day of **June**, 200**5**.

Requester: **Frank Everett Voth**     Name _Frank Voth_     Secured Party (if applicable)

Exhibit 1A

**U.S. Department of Justice**

*Washington, D.C. 20530*

AUG 0 2 2005

Frank E. Voth                                    Re:  Case No. 8912-37108
Reg. No. 6100632
OR Dept. Of Corrections - TRCI
82911 Beach Access Road
Umatilla, OR   97882

Dear Mr. Voth:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC   20530-0001
> (202) 616-6757

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
   Services Staff
Justice Management Division

Enclosure
FOIA/PA Referral/Action Slip

*Exhibit 1B*

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

Clerk:  M. Barnes

Date: AUG 0 2 2005

Organization:  JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From |
|---|---|---|---|---|
| ❑ | ❑ Office of Information & Privacy | | ❑ | ❑ Immigration Review, Executive Office for |
| | _____ | | ❑ | ❑ Inspector General, Office of |
| | _____ | | ❑ | ❑ Intelligence Policy and Review, Office of |
| | _____ | | ❑ | ❑ INTERPOL, U.S. National Central Bureau |
| ❑ | ❑ Antitrust Division | | ❑ | ❑ Justice Management Division Staff: _____ |
| ❑ | ❑ Bureau of Alcohol, Tobacco, Firearms and Explosives | | ❑ | ❑ Justice Programs, Office of |
| ❑ | ❑ Civil Division | | ❑ | ❑ Legal Counsel, Office of |
| ❑ | ❑ Civil Rights Division | | ❑ | ❑ National Drug Intelligence Center |
| ❑ | ❑ Community Relations Service | | ❑ | ❑ Pardon Attorney, Office of |
| ❑ | ❑ Community Oriented Policing Services | | ❑ | ❑ Professional Responsibility Advisory Office |
| ❑ | ❑ Criminal Division | | ❑ | ❑ Professional Responsibility, Office of |
| ❑ | ❑ Dispute Resolution, Office of | | ❑ | ❑ Solicitor General, Office of |
| ❑ | ❑ Drug Enforcement Administration | | ❑ | ❑ Tax Division |
| ❑ | ❑ Environment & Natural Resources Division | | ☑ | ❑ U.S. Attorneys, Executive Office for |
| ❑ | ❑ Federal Bureau of Prisons | | ❑ | ❑ U.S. Marshals Service |
| ❑ | ❑ Federal Bureau of Investigation | | ❑ | ❑ U.S. Parole Commission |
| ❑ | ❑ Federal Detention Trustee, Office of | | ❑ | ❑ U.S. Trustees, Executive Office for |
| ❑ | ❑ Foreign Claims Settlement Commission | | ❑ | ❑ _____ |

Requester:  Frank E. Voth

Ref:  Case No. 8912-37108

Date of Request:  June 22, 2005

Received By:  FOIA/PA Mail Referral Unit     Type of Request:  FOI/PA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004

Exhibit 1C

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 05-2384                              Date of Receipt: Aug. 31, 2005

Requester: Frank Voth                        Subject: State of Oregon v Voth)

Dear Requester:

   In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.   [ ]   Your request has been forwarded to _____ for a direct response to you.

2.   [ ]   The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3.   [ ]   Your request seeks public records which may be obtained from the clerk of the court.

4.   [X]   Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act.  You should contact the pertinent state or local agency for a response to your request.

5.   [ ]   The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions disguised as FOIA requests.

6.   [ ]   Your request concerns material which is publicly available through the Government Printing Office.  You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C.  20402.

7.   [ ]   This office is continuing its work on the other subject/districts mentioned in your request.

8.   [X]   This is the final action my office will take on your request.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 005A - 11/02

Exhibit 1D

STATE OF OREGON    )
                   :  ss
County of Umatilla)

I, ___Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached _Request For All Criminal-Commercial Bonds_

  _for State of Oregon v. Frank Everett Voth, 8912-37108_____

in the U.S. Postal Service Office, postage prepaid, on this date:


Department of Justice
Executive Office US Attorneys
600 E Street, NW RM 7300
Washington, DC 20530


Judge Michael Marcus
Multnomah County Courthouse
1021 SW 4th Avenue
Portland, Oregon 97204


Mr. John Hoover
Assistant District Attorney
Multnomah County Courthouse
600 County Courthouse
Portland, Oregon 97204


_____
   Signature of Affiant
Frank Everett Voth


This instrument was acknowledged before me on _February 7_, 20_06_, by

_Frank E. Voth_

_Sharon Jean Justus_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _08-30-09_

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 394353
MY COMMISSION EXPIRES AUG. 30, 2009

Exhibit 1 E

October 1, 2005

Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Clerk of the Court
Multnomah County Courthouse
1021 SW 4th Avenue
Portland, Oregon 97204

          Subject: <u>Request For Public Information</u>

Dear Clerk:

     This request is made pursuant to 'Oregon's Public Records Law(s)',
ORS 192.440; 192.505; 7.110(1) and 192.410(3)(4)(a)(5).

     Please provide me "Certified Copies" of the "Penal Bond(s)" from
the criminal proceeding **State of Oregon v. Frank Everett Voth, 8912-
37108(1990).  See attached Bond Forms.**

     In accordance with Oregon's Public Law(s) ORS 192.440(1), you <u>shall</u>
give the person, on demand, any public record that a person has a <u>right</u>
to inspect.  Therefore, I will expect you to send me all nonexempt
portions of the "Penal Bond(s)" which I am requesting: and request
that you justify any deletions with reference to specific exemptions
in accordance with Oregon Law(s).  The information requested <u>is</u> <u>not</u>
to be used for commercial benefit, so I do not expect to be charged
fees for your review of the material to see if it falls within the
aforesaid exemptions.

     **Furthermore,** pursuant to ORS 192.490(1), the Court has jurisdiction
in <u>any</u> suit filed to <u>enjoin</u> this office from withholding the following
**"Penal Bond(s)"** I am requesting and Order the production of said **"BondS"**
improperly withheld from me pertaining to **State v. Voth, Supra.**

     **Wherefore,** I am requesting the waiver and reduction of <u>any</u> fees
necessary to obtain a **"certified copy"** of the **"bid Bond," "Peformance
Bond," Payment Bond,"** and/or **"Reinsurance Agreement For Miller Act
Payment Bond," "Reinsurance Agreement For Performance Bond,"** and
**"Reinsurance Agreement In Favor Of The United States Bond,"** from
the criminal proceeding **State v. Voth, Supra.  Please See Attached
"Penal Bond Forms".**

          Regards,

          Frank Voth

c:   File

Exhibit 2 A

STATE OF OREGON    )
                   :  ss
County of Umatilla )

I, Mr. Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached Request For Public Information Pertaining To

Penal Bond(s) For State v. Voth, 8912-37108

in the U.S. Postal Service Office, postage prepaid, on this date:
September 11, 2006.

Clerk of the Court

Multnomah County Courthouse

1021 SW 4th Avenue

Portland, Oregon 97204

Signature of Affiant
Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

This instrument was acknowledged before me on October 1,_____, 20 05, by

Frank Everett Voth

NOTARY PUBLIC
MY COMMISSION EXPIRES: 08-30-09

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 384553
MY COMMISSION EXPIRES AUG. 30, 2009

Exhibit 2 B

```
                                            DIT 10/27/05  3:09 PM
Case Register ........ Multnomah Circuit Court    Status of Closed   INAC
Case#...... 891237108 Oregon State Of/Voth Frank Everett
                  Offense Felony - Rape-1 - A/FEL                         *
```

```
___  ROLE_____   OTHER PEOPLE_____   ATTORNEY_____

  2 Reporter     FTR


___  ENTER DT  FILE DT  EVENT/FILING/PROCEEDING_____   SCHD DT  TIME___ ROOM
  1 12/19/89 12/19/89  Indictment          This would be $20,000 per
                       $20,000 @ Ct        count.
  2 12/19/89  12/19/89  Warrant Arrest
                       FLB
  3  1/09/90   1/09/90  Arraignment Scheduled            1/19/90  9:00 AM JC3Y
                       Set per DA'S OFF / CUST: OSP
                       Notice to Transp
  4  1/11/90   1/10/90  Order to Transport Prisoner
                       from OSCI
              1/09/90  Signed
                       JUD   1 Steinbock Irving M
  5  1/19/90   1/19/90  Return of Service Warrant                            +
```

```
F5=DSPATY       F7=DSPCASFIN               F10=BROWSE FWD   F11=BROWSE BCK
```

### Non-Negotiable Charge Back

Frank Everett Voth, the defendant in the above-cited criminal case
accept for value all related endorsements, front and back, in
accordance with UCC 3-419 and HJR-192.  Please charge my Treasury
Direct Account Employee Identification Number 544901531E83632539
for the registration fees and command the memory of account Number
544901531E83632539 to charge the same to the debtor's Order, or
Your Order.

Employer ID No. 544901531E83632539
Value: $120,000.00

Frank Everett Voth
"Without Prejudice UCC 1-207"

Exhibit 2C

**ORIGINAL**

To:
U.S. Department Of Justice
Justice Tort Claim Division
Constitutional Avenue & 10th Street NW
Washington, D.C. 20530

From:
Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

     Subject:  <u>Notice Of Federal Tort Claim</u>

Dear Tort Claim Division:

     In accordance with Title 31 USC § 9307(a)(1)(2)(D)(b), Mr. Frank Everett Voth, a resident of the Union State Of Oregon, hereby gives Notice that a civil action in the United States District Court Of Columbia having jurisdiction of civil actions on Surety Bonds will be filed against the **UNITED STATES OF AMERICA.  See, 28 USC § 3002(15)(A).**

     The Secretary of the Treasury for the United States is the sole individual with the liability for securing and maintaining the book-keeping of 'Commercial Crimes Bonding Certification' which secured the financing and/or pledge for the financing of the alleged Commercial Crimes in **STATE OF OREGON v. Frank Everett Voth, 8912-37108.  See, 27 CFR 72.11.**

     The Secretary of the Treasury neglected to have a Bond, stipulation, or other undertakings in the judicial proceedings **STATE OF OREGON v. Frank Everett Voth, 8912-37108** secured by a Corporate Surety holding a Certificate of Authority from the aforesaid Secretary in accordance with Title 31 USC § 321 and 5 USC § 522(a)(1)(2)(D)(3)(A)(B).

     There is no record of a Certified Power Of Attorney which may be used as **evidence in a civil action** under Title 31 USC § 9307 authorizing a Surety Corporation to provide a Surety Bond in the judicial proceedings **STATE OF OREGON v. Frank Everett Voth, 8912-37108.**  The forgoing Power Of Attorney would be on file in the United States District Court of Oregon because that Court purchases 'Miller Act Reinsurance Payment Bond(s)' pertaining to judicial proceedings in the State of Oregon.

**Page 1-Notice Of Federal Tort Claim**

Exhibit 3A

The Secretary of the Treasury for the United States knowingly and willingly breached the legal duties imposed by law(s) governing the United States Department of Treasury and neglected to secure and maintain records of certified true and correct copies of the Bond(s), and Indentification Number(s), with a Certified Indication of the amount secured per Bond, per each offense charged for the aforesaid alleged Commercial Crimes in **STATE OF OREGON v. Frank Everett Voth, 8912-37108. Please See attached February 7, 2006, Instrument(s).**

As a direct result of the Secretary of the Treasury neglect to secure and maintain 'Commercial Crimes Bonding Certification' from the government body and/or whom or what **"person(s)"** i.e., corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers which **(a) secured the Bond(s) and (b) hold the Bond(s)** for the alleged Commercial Crimes in **STATE OF OREGON v. Frank Everett Voth, 8912-37108** Mr. Frank Everett Voth has been subjected to damages in the Sum of $100,000,000.00 (One Hundred Million Dollars).

I certify under the penalty of perjury the Law(s) of the United States of America in the nature of [28 USC § 1746], that I have read and prepared the forgoing Notice Of Federal Tort Claim, and know the contents thereof, and that the information stated above is true, correct and complete to the best of my knowledge and belief.

Respectfully submitted,

Dated: _2-13-06_ .

Frank Everett Voth
"Without Prejudice UCC 1-207"

**Page 2-Notice Of Federal Tort Claim**

Exhibit 3B

## AFFIDAVIT OF MAILING

STATE OF OREGON )
                : ss
County of Umatilla)

I, _____Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached _Notice Of Federal Tort Claim_

_____

in the U.S. Postal Service Office, postage prepaid, on this date:

U.S. Dept of Justice
Justice Tort Claim Division
Const. Ave, & 10th St. NW
Washington, D.C. 20530

_Frank Voth_
**Signature of Affiant**
Frank Everett Voth
"Without Prejudice UCC 1-207"

This instrument was acknowledged before me on _February 13_, 20_06_, by

_Frank E. Voth_.

_Sharon Jean Justus_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _08-30-09_

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 394353
MY COMMISSION EXPIRES AUG. 30, 2009

_Exhibit 3C_



**U.S. Department of Justice**

Criminal Division

*Washington, DC 20530-0001*

March 17, 2006

Mr. Frank Everett Voth, #6100632
82911 Beach Access Road
Umatilla, OR 97882

Dear Mr. Voth:

Thank you for your letter to the Department of Justice. To ensure that your concerns are addressed, your letter is being forwarded to the Department of Treasury for review and any appropriate action. Please understand that it may take some time to look thoroughly into the issues you have raised. Any questions regarding the status of your letter should be directed to:

Department of Treasury
Office of the Inspector General
1500 Pennsylvania Avenue, NW
Room 2418
Washington, D.C. 20220

We thank you for writing to the Department of Justice.

Sincerely,

Correspondence Management Staff
Office of Administration

Exhibit 4

ORIGINAL

*Fv 3-29-06*

March 29, 2006

**Mr. Frank Everett Voth**
**Sid:  [6100632]**
**82911 Beach Access Road**
**Umatilla, Oregon [97882]**

**Department of Treasury**
**Office of the Inspector General**
**1500 Pennsylvania Avenue, NW**
**Washington, Dist. Col. 20220**

      Subject:  NON-NEGOTIABLE CHARGE BACK

**Dear Inspector General:**

    I am in reciept of the March 17, 2006, letter the Correspondence Management Staff of the Department of Justice has forward your office along with my letter and Instrument(s) attached thereto.

    The attached **"Ex Parte Motion For Modification Of Security Requirements By Court,"** has been filed with the Multnomah County Circuit Court for the State of Oregon and as of this date the time allowed for a 'Notice of Objection' and request for a hearing by the United States Department of Justice and/or the District Attorney for Multnomah County in accordance with ORCP 82G(1) has not been requested.

    **Therefore,** because all crime is commererce under Title 27 C.F.R. 72.11, and **Waring v. Clark, 46 U.S. 441 (U.S. LA (1847),** this Office has authority, and a duty, in accordance with the **"Truth-In-Lending Act,"** to Order the Circuit Court of Multnomah County for the State of Oregon to modify the security requirements in **STATE OF OREGON v. Frank Everett Voth, 8912-37108,** ajust my account, and Charge Back the **$120, 000.00** which secured the bond, stipulation, or other undertakings in the judicial proceeding.

    I have requested the record of any Certified Power of Attorney which may be used as evidence in a civil action under Title 31 U.S.C. § 9307 authorizing a Serety Corporation to provide a Surety Bond in the aforesaid judicial proceeding, and as of this date this Office has neglected to provide any Instrument(s) from a Government Body and/or whom or what person **(a) secured the bond(s) and (b) hold the bonds.**

**Page 1 of 2**

*Exhibit 5A*

**Wherefore,** Mr. Frank Everett Voth, the defendant, in the Multnomah County Circuit Court for the State of Oregon judicial proceeding, **STATE OF OREGON v. Frank Everett Voth, 8912-37108** accept for value all related endorsements, front and back, in acordance with UCC 3-419 and HJR-192. In accordance with the **"Truth-In-Lending-Act,"** charge my Treasury Direct Account Number **544901531E83632539** for the registration fees and command the memory of account number **544901531E83632539** to charge the same to the debtor's Order, or Your Order.

**Employer ID No. 544901531E83632539**
**Value Of Charge Back: $120,000.00**

Frank Voth

**Frank Everett Voth-[6100632]**
**"Without Prejudice UCC 1-207"**

c:
Page 2 of 2

Exhibit 5B

 **U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

*Mary Jo Touhey*
*Trial Attorney*

*Post Office Box 888*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

PJP:MJTouhey:hls
157-0-32-3


September 5, 2006


Frank Everett Voth
#6100632
2500 Westgate
Pendleton, Oregon  97801

    Re:   <u>Administrative Tort Claim of Frank Everett Voth</u>

Dear Mr. Voth:

    This is in response to the administrative tort claim dated February 13, 2006, which you presented to the Department of Justice.  The Department of Justice received your claim on August 3, 2006.

    Pursuant to 28 C.F.R. § 14.2(b)(1) a claim must be presented to the federal agency whose activities gave rise to the claim.  In this case, the appropriate agency for evaluating the merits of your claim is the Department of the Treasury.  Accordingly, I am forwarding your claim to that agency.

    Please direct all further communication regarding your claim to the Department of the Treasury at the address listed below.

                        Very truly yours,

                        MARY JO TOUHEY
                        Trial Attorney
                        Torts Branch, Civil Division


cc:    Honorable Arnold I. Havens
        General Counsel
        U.S. Department of the Treasury
        Room 3000
        1500 Pennsylvania Avenue, N.W.
        Washington, D.C.  20220

Exhibit 6



**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

---

*Mary Jo Touhey*                                    *Post Office Box 888*
*Trial Attorney*                                      *Benjamin Franklin Station*
                                                    *Washington, D.C. 20044*

PJP:MJTouhey:hls
157-0-32-3

September 5, 2006

Honorable Arnold I. Havens
General Counsel
U.S. Department of the Treasury
Room 3000
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

     Re:    Administrative Tort Claim of Frank Everett Voth

Dear Mr. Havens:

    The Department of Justice received the above-captioned administrative tort claim dated February 13, 2006, on August 3, 2006. Because the claim arises out of the activities of the Department of the Treasury, in accordance with 28 C.F.R. § 14.2(b)(1), I am forwarding the claim to your office for appropriate action. Claimant has been advised of the referral and requested to direct all further communication regarding the claim to your office.

                    Very truly yours,

                    PHYLLIS J. PYLES
                    Director
                    Torts Branch, Civil Division

Enclosures

cc:    Frank Everett Voth
       #6100632
       2500 Westgate
       Pendleton, Oregon 97801

Exhibit 7

"NOTICE"                    **ORIGINAL**

September 18, 2006

Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Honorable Arnold Havens
General Counsel
U.S. Dept of the Treasury, RM 3000
1500 Pennsylvania Avenue, N.W.
Washington, Disct. Colum. 20220

        Subject: <u>Administrative Tort Claim Of Frank Everett Voth-2-13-06</u>

Dear Mr. Havens:

    Claimant, Mr. Frank Everett Voth, has received the enclosed
September 5, 2006, letter from the U.S. Dept of Justice informing
Claimant that their Tort Branch for Federal Tort Claims has forward
your office the above-cited Tort Claim filed on February 13, 2006,
by Claimant, Mr. Voth.

    The purpose of this "Notice" is to resolve the ["Injury"] caused
by the negligent, wrongful act(s) and ommission(s) of the Tort-feasor,
United States Secretary of the Treasury.

    Claimant, Mr. Voth, is requesting 'Modification of the Security
Requirements' regarding <u>State of Oregon v. Frank Everett Voth, 8912-
37108 (1990)</u>.  See attached March 29, 2006, Non-Negotiable Charge Back.
Moreso, as of this date no "agency" served with the aforesaid Motion
for Modification has filed a "Notice Of Objection," and requested a
hearing in accordance with ORCP 82G(1), or by any issuer or surety for
the Bond(s) in <u>State v. Voth, Supra</u>.

    Wherefore, under UCC the aforesaid agencies are in "agreement,"
and have "stipulated," to have the Court approve the Motion For
Modification of the Security Requirements in <u>State v. Voth, Supra</u>.
See attached State Court Penal Bid Bond Forms.

    Furthermore, Claimant, Mr. Voth, is being denied his "Liberty,"
by the Tort-feasor, authorizing the false arrest and incarceration of
Claimant for a debt collection without due process of law under the
United States Constitution, Amendment(s) 5 and 14: because the Tort-
feasor neglected to keep adequate records of the State Court Penal Bid
Bonds, and certify them by the Securtary of the Treasury, prior to
arresting and incarcering Claimant for a "Default Judgment," and
then selling the "Default Judgment," to the United States District Court.

Page 1 of 2



Under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), the United States is liable for torts committed by its employees, if so committed within the scope of their employment.  Damages for said false arrest and unlawful incarceration of Claimant, Mr. Voth, is set VIA <u>Trezevant v. City of Tampa, 741 F.2d 336, 746 F.2d 815 (C.A. 11 Fla. 1984),</u> at $25,000 for every 23 minutes or $1.6 Million per day for each day of unlawful incarceration.

Please notify Claimant within ten (10) days from the Post-Mark of this "Notice" what negotiations may be reached to resolve Mr. Voth's Administrative Tort Claim with this office.


Without Prejudice,



*Frank Voth*
Frank Everett Voth




c



Page 2 of 2

Exhibit 8B

15 USCA § 694a, Definitions

*125947 15 U.S.C.A. § 694a

# UNITED STATES CODE ANNOTATED
# TITLE 15. COMMERCE AND TRADE
# CHAPTER 14B--SMALL BUSINESS INVESTMENT PROGRAM
# SUBCHAPTER IV-A-- GUARANTEES
# PART B--SURETY BOND GUARANTEES

*Current through P.L. 109-94 approved Oct. 26, 2005*

## § 694a. Definitions

As used in this part--

(1) The term "bid bond" means a bond conditioned upon the bidder on a contract entering into the contract, if he receives the award thereof, and furnishing the prescribed payment bond and performance bond.

(2) The term "payment bond" means a bond conditioned upon the payment by the principal of money to persons under contract with him.

(3) The term "performance bond" means a bond conditioned upon the completion by the principal of a contract in accordance with its terms.

(4) The term "surety" means the person who (A) under the terms of a bid bond, undertakes to pay a sum of money to the obligee in the event the principal breaches the conditions of the bond, (B) under the terms of a performance bond, undertakes to incur the cost of fulfilling the terms of a contract in the event the principal breaches the conditions of the contract, (C) under the terms of a payment bond, undertakes to make payment to all persons supplying labor and material in the prosecution of the work provided for in the contract if the principal fails to make prompt payment, or (D) is an agent, independent agent, underwriter, or any other company or individual empowered to act on behalf of such person.

(5) The term "obligee" means (A) in the case of a bid bond, the person requesting bids for the performance of a contract, or (B) in the case of a payment bond or performance bond, the person who has contracted with a principal for the completion of the contract and to whom the obligation of the surety runs in the event of a breach by the principal of the conditions of a payment bond or performance bond.

(6) The term "principal" means (A) in the case of a bid bond, a person bidding for the award of a contract, or (B) the person primarily liable to complete a contract for the obligee, or to make payments to other persons in respect of such contract, and for whose performance of his obligation the surety is bound under the terms of a payment or performance bond. A principal may be a prime contractor or a subcontractor.

Exhibit 9

© 2006 Thomson/West. No claim to original U.S. Govt. works.

| BID BOND<br>*(See instruction on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB NO.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| | ☐ INDIVIDUAL      ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE   ☐ CORPORATION |
| | STATE OF INCORPORATION |

SURETY(IES) *(Name and business address)*

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR *(Construction, Supplies, or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.          *(Seal)* | 2.          *(Seal)* | 3.          *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1.          *(Seal)* | 2.          *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 24 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

Exhibit 10

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

STANDARD FORM 24 (REV. 10-98) BACK

| PERFORMANCE BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB No.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| | ☐ INDIVIDUAL  ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE  ☐ CORPORATION |
| | STATE OF INCORPORATION |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND |  |  |  |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | CONTRACT NO. | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal –

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) | | | STATE OF INC: | LIABILITY LIMIT | | |
|---|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | | $ | | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

*Exhibit 11*

| | | | | | |
|---|---|---|---|---|---|
| **CORPORATE SURETY(IES)** *(Continued)* | | | | | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY C** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY D** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY E** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY F** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY G** | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

| BOND PREMIUM ► | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1.  This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2.  Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3.  (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

    (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4.  Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5.  Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 5-96 ) **BACK**

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| | ☐ INDIVIDUAL | ☐ PARTNERSHIP | |
| | ☐ JOINT VENTURE | ☐ CORPORATION | |
| | STATE OF INCORPORATION | | |

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | CONTRACT NO. | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 25A** (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

Exhibit 12

| CORPORATE SURETY(IES) *(Continued)* | | | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV.10-98) BACK

| REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND (See instructions on reverse) | OMB No.: 9000-0045 |
|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE | 3C. CONTRACT NO. | 4B. DATE OF BOND | 4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY | | 4E. STATE OF INCORPORATION  *(If Corporate Principal)* | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-280e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and countersecured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by offices possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.          (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 273 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(h)

Exhibit 13

| RECORD OF COMPLAINT INVESTIGATED | 1. ITEM NO. (NSN) | | 2a. CONTROL NO. | b. INVESTIGATING REGION NO. |
|---|---|---|---|---|
| | 3. NAME OF ITEM | | 4. DATE OF COMPLAINT | 5. DATE RECEIVED |

| 6. COMPLAINING ACTIVITY (Give complete name and address) | 7. SPECIFICATION NO. |
|---|---|
| | 8. METHOD OF NOTIFICATION (Check) ☐ SF-368  ☐ TELEPHONE  ☐ OTHER |
| | 9. AGENCY REQUISITION NO. |

| 10. PERSON TO CONTACT (Name and title) | 11. TELEPHONE NO. | 12. AGENCY SOURCE ☐ STOCK  ☐ NONSTOCK  ☐ SCHEDULE |
|---|---|---|
| 13. TRANSPORTATION DOCUMENT NO. | | 14. LOCATION OF MATERIAL (Give activity and complete address) |

**15. GSA SOURCE**

| a. MANUFACTURER/SUPPLIER (Name, address and ZIP code) | b. ORIGIN RECORD | |
|---|---|---|
| c. CONTRACT NO. | d. ORDER NO. | e. BATCH OR LOT NO. (If applicable) | f. DATE OF MANUFACTURE |
| 16. DATE RECEIVED | b. AMOUNT RECEIVED | c. AMOUNT ON HAND | d. AMOUNT UNSATISFACTORY |

17. NATURE OF COMPLAINT (Continue on reverse)

18a. SUMMARY-INVESTIGATOR'S ACTION (Continue on reverse)

| 18b. DATE GSA FORM 399 RECEIVED FROM LAB. | 18c. REPORT CONTROL NO. |
|---|---|

**19. INVESTIGATOR'S FINDINGS-COMPLAINTS:**

| a. JUSTIFIED | ☐ MATERIAL DEFICIENCY | ☐ SPECIFICATION PROGRAM | ☐ INTRANSIT DAMAGE | ☐ OVERAGE MATERIAL | ☐ OTHER (Explain) |
|---|---|---|---|---|---|
| b. UNJUSTIFIED | ☐ AGENCY MISUSE | ☐ ORDERED WRONG ITEM | ☐ HELD BEYOND SHELF LIFE | ☐ OTHER (Explain) | |

| 20. REPLACEMENT TO AGENCY ☐ YES  ☐ NO | 21. CONTRACTOR LIABILITY ☐ YES  ☐ NO |
|---|---|

22. BASIS FOR CONTRACTOR LIABILITY (Show in specific contract terms the requirement not met)

**23. CERTIFICATION** (Above noted deficiencies/findings are based on an examination per applicable contract terms)

| SIGNATURE (QAS) | DATE |
|---|---|

24. DEPOT SURVEILLANCE (Attach copy of GSA Form 2178, and laboratory report (if applicable))

☐ N/A     ☐ PLACED IN HOLD     ☐ NO STOCK     ☐ REGION ____ CHECK STOCK

25. RECOMENDED SETTLEMENT ACTION

| 26. SIGNATURE (Regional Director, Contract Management Division or designee) | DATE |
|---|---|

GENERAL SERVICES ADMINISTRATION          GSA FORM 273 (REV. 10-86)

## 5. DIRECT WRITING COMPANY

| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| | | Corporate |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | Seal |

## 6. REINSURING COMPANY

| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | |
|---|---|---|
| | | Corporate |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | Seal |

### INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 273 (REV. 10-98) BACK

| REINSURANCE AGREEMENT FOR A MILLER ACT PAYMENT BOND | OMB No.: 9000-0045 |
|---|---|
| *(See instruction on reverse)* | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE<br>$ |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |
| 3B. CONTRACT DATE    3C. CONTRACT NO. | 4B. DATE OF BOND    4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance"; and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.          *(Over)*

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is usable | STANDARD FORM 274 (REV. 10-98)<br>Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|



2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by section 2(a) of the Miller Act (40 U.S.C. 270b(a)) may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A.(1) SIGNATURE | (2) ATTEST SIGNATURE | Corporate Seal |
| 5B.(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A.(1) SIGNATURE | (2) ATTEST SIGNATURE | Corporate Seal |
| 6B.(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 274 (REV. 10-98) BACK

## REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

OMB No.:  9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

### 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND $ |
| | 3C. DATE OF BOND | 3D. BOND NO. |
| | 3E. PRINCIPAL* |
| | 3F. STATE OF INCORPORATION *(If Corporate Principal)* |

### AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

### TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

### THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

### WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition usable

STANDARD FORM 275 REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(j)

Exhibit 15

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST:  SIGNATURE | Corporate Seal |
| 4B.(1) NAME AND TITLE *(Typed)* | 4B.(2). NAME AND TITLE *(Typed)* | |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE | (2). ATTEST:  SIGNATURE | Corporate Seal |
| 5B.(1). NAME AND TITLE *(Typed)* | 5B.(2). NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds.  See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1).  If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

**Execute and file this form as follows:**

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

## CERTIFICATE OF SERVICE

I hereby certify and depose that I served the attached:

COMPLAINT CASE NO. 06-1549-RWR; SUMMONS; MOTION FOR PRATIAL

SUMMARY JUDGMENT; MEMORANDUM; CONCISE STATE OF MATERIAL FACTS

& AFFIDAVIT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

on the below listed interested person/parties, by mailing a true and correct photocopy and/or original with first-class postage affixed, placing the same in the T.R.C.I. Legal mail depository on:

DATED this 7th ____ day of ___November_____, 20 06__.

Number of copies sent (1_) to:          Number of copies sent (__) to:

U.S. Department of Justice _____       _____

Civil Division, Tort Branch ___         _____

Federal Tort Claim Act Staff __         _____

P.O. Box 888 _____         _____

Benjamin Franklin Station _____         _____

Washington, D.C. 20044
Number of copies sent (__) to:          Number of copies sent (__) to:

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

Print Name: __Frank Voth_____

Inmate No.: __[6100632]_____

Two Rivers Corr. Inst.
82911 Beach Access Rd.
Umatilla, OR 97882-9419

CERTIFICATE OF SERVICE
- SOLO AT REAR -