UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK VOTH**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 06-1549 (RWR)** |
| ) | |
| **U.S. DEPARTMENT OF TREASURY,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through

counsel, respectfully moves this Court for a three-week enlargement of time to file its opposition

to Plaintiff's Motion for Partial Summary Judgment.  This is Defendant's first request for an

enlargement of time to file an opposition to Plaintiff's Motion.

There is good cause for the Court to grant this Motion.  Plaintiff filed his pro se

Complaint in this Court on August 31, 2006.  Defendant was served with service of process on

October 23, 2004.  Accordingly, by operation of Fed. R. Civ. P. 12(a)(3)(A), Defendant's

response to Plaintiff's complaint is due on or before December 22, 2006.

On November 13, 2006, Plaintiff filed a Motion for Partial Summary Judgment.  Pursuant

to LCvR 11, Defendant's response in opposition to Plaintiff's motion was due today, November

29, 2006.[1]  In light of the fact that Defendant anticipates filing a dispositive motion in response

to Plaintiff's complaint, the undersigned counsel seeks a three-week extension of time, up to and

_____

[1]This date includes the additional three days provided by Fed. R. Civ. P. 6(e).

including Friday, December 22, 2006, in which to file Defendant's opposition to Plaintiff's

motion for partial summary judgment.

      Pursuant to LCvR 7(m), counsel for Defendant was unable to contact the pro se Plaintiff

to determine whether he consents to the relief sought herein.


November 29, 2006


                                              Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                            /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney

                                            /s/ Michelle N. Johnson
                                          MICHELLE N. JOHNSON, D.C. BAR # 491910
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W. – Room E4212
                                        Washington, D.C. 20530
                                        (202) 514-7139

                                        COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **FRANK VOTH**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 06-1549 (RWR)** |
| | ) | |
| **U.S. DEPARTMENT OF TREASURY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter having come before this Court on Defendant's Motion for an Enlargement of

Time to File an Opposition to Plaintiff's Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**.  It is further

**ORDERED** that Defendant shall file its Opposition to Plaintiff's Motion for Partial

Summary Judgment on or before December 22, 2006.


   **SO ORDERED** this _____ day of _____, 2006.


                                          _____
                                          RICHARD  W. ROBERTS
                                          United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to

File an Opposition to Plaintiff's Motion for Partial Summary Judgment was mailed by depositing

a copy of it in the U.S. Mail, first class postage prepaid, addressed to:


Mr. Frank Voth
SID 6100632
Oregon Department of Corrections – SRCI
777 Stanton Blvd.
Ontario, OR 97914


on this 29th  day of November, 2006.


_____/s/_____
MICHELLE N. JOHNSON