UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK VOTH**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA**, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1549 (RWR) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND TO OPPOSE
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a three-week enlargement of time to file its response to Plaintiff's Complaint and to oppose Plaintiff's motion for partial summary judgment. In support of this motion, Defendant states the following:

1. Plaintiff filed his pro se Complaint in this Court on August 31, 2006. Service was perfected on the United States on October 23, 2006. In his Complaint, Plaintiff asserts a claim pursuant to the Federal Torts Claim Act and seeks Two Hundred Million Dollars in damages from the United States. Defendant's answer or response to the Complaint is due on or before December 22, 2006.

2. On November 13, 2006, Plaintiff filed a motion seeking partial summary judgment. Defendant filed a motion seeking an extension of the time to respond to Plaintiff's motion up to and including December 22, 2006, the date its response to the Complaint was due.

3. The undersigned counsel has been in contact with the United States Department of the Treasury, the agency that processed Plaintiff's administrative claim. The agency is in the

process of forwarding its administrative file to the undersigned counsel, however, due to time constraints, this file has not yet been provided.

4. Because the undersigned counsel has not yet received the complete administrative file pertaining to Plaintiff's claim, she is requesting additional time so that she may thoroughly investigate the facts in this matter. Accordingly, Defendant seeks a three-week extension of time, up to and including January 12, 2007, in which to answer or otherwise respond to Plaintiff's complaint as well as to oppose Plaintiff's motion for partial summary judgment.

5. Pursuant to LCvR 7(m), counsel for Defendant was unable to contact the pro se Plaintiff and is therefore unable to represent whether Plaintiff opposes the relief sought herein.

Dated: December 21, 2006

                                              Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              /s/ Rudolph Contreras
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              /s/ Michelle N. Johnson
                                              MICHELLE N. JOHNSON, D.C. BAR # 491910
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W. – Room E4212
                                              Washington, D.C. 20530
                                              (202) 514-7139

                                              COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK VOTH**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF TREASURY**, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1549 (RWR) |

## ORDER

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint and to Oppose Plaintiff's Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint and its opposition to Plaintiff's Motion for Partial Summary Judgment on or before January 12, 2007.

**SO ORDERED** this _____ day of _____, 200__.


_____
RICHARD W. ROBERTS
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Complaint and to Oppose Plaintiff's Motion for Partial Summary Judgment was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mr. Frank Voth
SID 6100632
Oregon Department of Corrections – SRCI
777 Stanton Blvd.
Ontario, OR 97914

on this 21st day of December, 2006.

/s/
MICHELLE N. JOHNSON