

```
 1  Mr. Frank Voth-[6100632]
    82911 Beach Access Road
 2  Umatilla, Oregon [97882]

 3  Pro Se Plaintiff                              RECEIVED

 4                                                 JAN 0 3 2007

 5           IN THE UNITED STATES DISTRICT COURT  NANCY MAYER WHITTINGTON, CLERK
                                                    U.S. DISTRICT COURT
 6                  FOR THE DISTRICT OF COLUMBIA

 7  Frank Voth,                  )    Case No. 06-1549-RWR
                                 )
 8         Plaintiff,            )
                                 )
 9  vs.                          )    REPLY MEMORANDUM IN SUPPORT
                                 )    OF MOTION FOR PARTIAL SUMMARY
10  UNITED STATES OF AMERICA,    )    JUDGMENT
                                 )
11         Defendant.            )
```

12    **Comes Now**, Frank Voth, plaintiff in his reply memorandum in support of his motion for partial summary judgment pursuant
13    to Fed. R. Civ. P. 56.

14    The defendant's agent, **"Secretary Of The United States Department Of Treasury,"** has failed to satisfy its burden of
15    production on summary judgment.

16    In meeting its burden on summary judgment, the nonmoving party may not rest upon the mere allegations or **denials** of the
17    defendant's agents pleadings, but its response, by affidavits or other admissible evidence, **must set forth specific facts**
18    **showing that there is a genuine issue for trial.** See, Fed. R. Civ. P. 56; Celotex v. Catrett, 477 U.S. 317, 322 (1986).
19    "If he does not so respond, summary judgment, if appropriate, shall be entered against him." Id.

20
21    "The plain language of Rule 56(c) mandates the entry of summary judgment, after adequate time for discovery and upon
22    motion, against a party who fails to make a showing sufficient to establish the existence of an element essential to that
23    party's case." **Celotex, 477 U.S. at 332.** At trial on the merits, the defendant's agent bears the burden of providing
24    the records pertaining to the Bond(s) for the alleged commercial crimes in **State v. Voth, 8912-37108(1989).** By failing to
25    provide the record of the person(s) who have the **Penal Bonds** stipulation and/or other undertaking in the aforesaid judicial
26    proceeding, the defendant's agent, **in fact**, breached its legal duty owed to plaintiff under federal rules and laws.

Page 1-REPLY MEMORANDUM IN SUPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

    The defendant's agent has not produced any **evidence** of any kind on the essential elements of plaintiff's claims for its breach of legal duty and neglect. The defendant's agent has failed to controvert the memorandum and affidavit of plaintiff's establishing (1) plaintiff has exhausted all available remedies by due process of law to obtain the criminal bonds for **State v. Voth, 8912-37108(1989)**; (2) the defendant's agent has a legal duty owed to plaintiff to keep adequate records of the undertaking of the bonds in the aforesaid judicial proceeding; and, (3) there is no genuine issue as to a material fact since the defendant's agent has breached its legal duty under federal law(s) to produce the bonds after plaintiff requested them, and is causing injury, harm and damage to plaintiff by neglecting to follow the federal laws and regulations mandating the defendant's agent keep adequate records of the criminal bonds for the undertaking in the judicial proceedings **State v. Voth, 8912-37108(1989)**.

    **Wherefore**, plaintiff is entitled to judgment as a matter of law because the defendant's agent has failed to make even a minimal showing on the essential elements in its oposition for which it has the burden of proof at trial.

Dated: December 26, 2006.

Without Prejudice,


_Frank Voth_
Frank Voth-[6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Pro Se Plaintiff

//////

/////

////

///

//

/

Page 2-REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify and depose that I served the attached:

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the below listed interested person/parties, by mailing a true and correct photocopy and/or original with first-class postage affixed, placing the same in the T.R.C.I. Legal mail depository on:

DATED this __26th__ day of __December__, 20 __06__.

**Number of copies sent ( 1 ) to:**

Michelle N. Johnson

Assistant United States Attorney

555 4th Street, N.W., RM E4212

Washington, D.C. 20530

**Number of copies sent (__) to:**

**Number of copies sent (__) to:**

**Number of copies sent (__) to:**

*/s/ Frank Voth*

Print Name: __Frank Voth-Pro Se Plaintiff__

Inmate No.: __[6100632]__

Two Rivers Corr. Inst.
82911 Beach Access Rd.
Umatilla, OR 97882-9419

CERTIFICATE OF SERVICE
- SOLO AT REAR -