# EXHIBIT A

To:
U.S. Department Of Justice
Justice Tort Claim Division
Constitutional Avenue & 10th Street NW
Washington, D.C. 20530

From:
Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Subject: **Notice Of Federal Tort Claim**

Dear Tort Claim Division:

In accordance with Title 31 USC § 9307(a)(1)(2)(D)(b), Mr. Frank Everett Voth, a resident of the Union State Of Oregon, hereby gives Notice that a civil action in the United States District Court Of Columbia having jurisdiction of civil actions on Surety Bonds will be filed against the **UNITED STATES OF AMERICA**. See, 28 USC § 3002(15)(A).

The Secretary of the Treasury for the United States is the sole individual with the liability for securing and maintaining the book-keeping of 'Commercial Crimes Bonding Certification' which secured the financing and/or pledge for the financing of the alleged Commercial Crimes in STATE OF OREGON v. Frank Everett Voth, 8912-37108. See, 27 CFR 72.11.

The Secretary of the Treasury neglected to have a Bond, stipulation, or other undertakings in the judicial proceedings **STATE OF OREGON v. Frank Everett Voth, 8912-37108** secured by a Corporate Surety holding a Certificate of Authority from the aforesaid Secretary in accordance with Title 31 USC § 321 and 5 USC § 522(a)(1)(2)(D)(3)(A)(B).

There is no record of a Certified Power Of Attorney which may be used as evidence in a civil action under Title 31 USC § 9307 authorizing a Surety Corporation to provide a Surety Bond in the judicial proceedings **STATE OF OREGON v. Frank Everett Voth, 8912-37108**. The forgoing Power Of Attorney would be on file in the United States District Court of Oregon because that Court purchases 'Miller Act Reinsurance Payment Bond(s)' pertaining to judicial proceedings in the State of Oregon.

Page 1-Notice Of Federal Tort Claim

The Secretary of the Treasury for the United States knowingly and willingly breached the legal duties imposed by law(s) governing the United States Department of Treasury and neglected to secure and maintain records of certified true and correct copies of the Bond(s), and Indentification Number(s), with a Certified Indication of the amount secured per Bond, per each offense charged for the aforesaid alleged Commercial Crimes in **STATE OF OREGON v. Frank Everett Voth, 8912-37108**. Please See attached February 7, 2006, Instrument(s).

As a direct result of the Secretary of the Treasury neglect to secure and maintain 'Commercial Crimes Bonding Certification' from the government body and/or whom or what "person(s)" i.e., corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers which **(a) secured the Bond(s) and (b) hold the Bond(s)** for the alleged Commercial Crimes in **STATE OF OREGON v. Frank Everett Voth, 8912-37108** Mr. Frank Everett Voth has been subjected to damages in the Sum of $100,000,000.00 (One Hundred Million Dollars).

I certify under the penalty of perjury the Law(s) of the United States of America in the nature of [28 USC § 1746], that I have read and prepared the forgoing Notice Of Federal Tort Claim, and know the contents thereof, and that the information stated above is true, correct and complete to the best of my knowledge and belief.

Respectfully submitted,

Dated: 2-13-06 .


*[signature]*
Frank Everett Voth
"Without Prejudice UCC 1-207"


**Page 2-Notice Of Federal Tort Claim**

AFFIDAVIT OF MAILING

STATE OF OREGON    )
                   : ss
County of Umatilla )

I, __Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached __Notice Of Federal Tort Claim_____

_____

in the U.S. Postal Service Office, postage prepaid, on this date:

U.S. Dept of Justice

Justice Tort Claim Division

Const. Ave, & 10th St. NW

Washington, D.C. 20530

_____
Signature of Affiant
Frank Everett Voth
"Without Prejudice UCC 1-207"

This instrument was acknowledged before me on __February 13__, 20_06_, by __Frank E. Voth__.

__Sharon Jean Justus__
NOTARY PUBLIC
MY COMMISSION EXPIRES: __08-30-09__

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 394353
MY COMMISSION EXPIRES AUG. 30, 2009