# EXHIBIT B

February 7, 2006



Mr. Frank Everett Voth
Sid: 6100632
82911 Beach Access Road
Umatilla, Oregon [97882]

U.S Department of Justice
Executive Office For U.S. Attorneys
600 E Street, N.W. RM 7300
Washington, DC 20530

Judge Michael Marcus
Multnomah County Courthouse
1021 SW 4th Avenue
Portland, oregon 97204

    Subject: <u>State of Oregon v. Frank Everett Voth, 8912-37108</u>

Dear Justice Department:

    Attached hereto, please find exact true copies of the defendant, Frank Everett Voth's request for disclosure of [all] Criminal Bonds pertaining to the above-cited criminal case in the Multnomah County Circuit Court for the State of Oregon.

    Mr. Frank Everett Voth, the defendant in the above-cited case excepts for value the $20,000 @ x 6, for a total of $120,000.00 and all related endorsements of the attached Case Register in accordance with UCC 3-419 and BJR 192.

    Mr. Voth has given equitable <u>Notice</u> to the aforesaid court by requesting any Bond Information and/or Commercial Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crimes Bonding Certification 5 USC $ 552(a)(2)(A)(B) of Records that are Secured and maintained which Secured the financing and/or the Pledge for the financing of the criminal case listed above be disclosed.

    As of this date the aforesaid court has not Released Certified true copies of the Bond(s) and Identification Number(s) with a Certified indication of the amount Secured Per Bond, Per Each Offense Charged in State v. Voth, 8912-37108.

    The Office of the Secretary of the Treasury runs the Commercial aspect of the United States. Conseqently, each and every act and action of the government has a corresponding parallel on it's Commercial side. If a Security was issued, i.e., a Complaint, an Information, a Warrant, a Citation, an Invoice, ect., it [all] has "Commercial Value" attached to it. So, therefore, the Order Mr. Voth has requested would have come from the Secretary of the Treasury.

Page 1 of 2

Furthermore, the Secretary of the Treasury is the individual with the liability for the Bookkeeping. The Secretary of the Treasury is also the person who has set (appraised) the Value of the Security Instrument. If there is no Order going back to the Secretary of the Treasury, the individuals acting as "Public Officials" have no authority to collect the Debt. To attempt to do so is acting as a Rogue Agent.

Again, Mr. Voth, has accepted the Claim(s) for Value, and has challenged whether or not the State of Oregon has proper authority ("The Order") to make the Claim(s) in State v. Voth, 8912-37108. If the State of Oregon cannot produce the Order issued, the Charges in State v. Voth, 8912-37108 must be dismissed.

Wherefore, because the State of Oregon has failed to release the Order issued, for the amount Secured Per Bond, Per Each Offense Charged in State of Oregon v. Frank Everett Voth, 892-37108: in accordance with Title 18 USC §§ 241-242 Mr. Voth is hereby requesting the Department of Justice notify the appropriate authorities to initiate an investigation of the Public Official(s) depriving him of his Liberty without Due Process Of Law.

Respectfully submitted,

Frank Everett Voth
"Without Prejudice UCC 1-207"

cc: Dept of Admin Service-Risk Management

Page 2 of 2

# Letter to request all information on criminal bonds, etc:

TO:
Patricia D. Harris
F.O.I.A./P.A. Section, Room 115 Lc
Justice Management Division
U.S. Department of Justice
Constitution Avenue and Tenth Street NW
Washington, D.C. 20530

DIRECT RESPONSE TO:
Mr. Frank Voth-6100632
82911 Beach Access Road
Umatilla, OR 97882
IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

INFORMATION IN RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS REQUESTED BELOW - Case No. State of Oregon v. Frank E. Voth, 8912-37108.
Date December 1989

Dear Ms. Harris:

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C. §552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records and/or data contained in the files of your Department and/or Agency under my name and/or identifier to my name. This request sought herein is for Bond Information and/or Commercial Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crimes Bonding Certification 5 U.S.C. §552 (a)(2)(A)(E) of records that are secured and maintained by your Department and/or Agency.

The records sought specifically but not limited to are the compiled files containing:
(1) Criminal Case Bonding Information (2) Commercial Bond Certification (3) Noted Criminal Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing of the Criminal Case listed above (4) Certified true and correct copies if the Bond(s) and identification number(s) (5) Certified indication of the amount secured per Bond per each offense charged (6) The expiration date and specified interest for the specified length of time of these Bond(s) (7) Which government body and/or where or what "person(s)" i.e. corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers (a) secured the Bond(s) (b) held the bond(s) (8) Any and all other records and data concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(6)(7), 5 U.S.C. §552a(j)(2),(k)(2) or law public citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L Ed 2d 377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.S. 749, 103 L Ed 2d 744, 109 S. Ct. 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1995); F.B.I. v. Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ U.S.C. §552(b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a separate, different and/or distinct file by or under another name, number or identifier other than the case docket number and/or identification(s) listed above I authorize and request your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your department and/or Agency in response to all the information requested, specifically inform me if and to what governmental body and/or to whom and/or what "person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)—(12), (c)(1)—(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Comm., 101 F. 3d 731 (1996); Gammoe v. Gore, 180 F. 3d 282 (1999); Solar Sources Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The OMB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. §9701, or if I am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a (f)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(I), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazey v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998).

I certify under penalty of perjury under the laws of the United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above; full name, current mailing location, and date and place of birth, are true and correct and complete.

Executed this 22nd day of June, 2005.

Requester: Frank Everett Voth    Name /s/ Frank Voth    , Secured Party (if applicable)



*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax: 202-616-6478*

Request Number: <u>05-2384</u>         Date of Receipt: <u>Aug. 31, 2005</u>

Requester: <u>Frank Voth</u>         Subject: <u>State of Oregon v Voth)</u>

Dear Requester:

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] Your request has been forwarded to _____ for a direct response to you.

2. [ ] The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3. [ ] Your request seeks public records which may be obtained from the clerk of the court.

4. [X] Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request.

5. [ ] The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions disguised as FOIA requests.

6. [ ] Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

7. [ ] This office is continuing its work on the other subject/districts mentioned in your request.

8. [X] This is the final action my office will take on your request.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 005A - 11/02

06/01/06  THU 14:17  [TX/RX NO 8510]  ☒008

Washington, D.C. 20530
AUG 0 2 2005

Frank E. Voth
Reg. No. 6100632
OR Dept. Of Corrections - TRCI
82911 Beach Access Road
Umatilla, OR 97882

Re: Case No. 8912-37108

Dear Mr. Voth:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> 600 E Street, NW, Room 7300
> Washington, DC 20530-0001
> (202) 616-6757

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
   Services Staff
Justice Management Division

Enclosure
FOIA/PA Referral/Action Slip

U.S. Department of Justice  
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

---

Clerk: M. Barnes  
Organization: JMD/FASS  
Building & Room: LOC, 113

Date: AUG 0 2 2005

| To | From | | To | From |
|---|---|---|---|---|
| ☐ | ☐ Office of Information & Privacy | | ☐ | ☐ Immigration Review, Executive Office for |
| | _____ | | ☐ | ☐ Inspector General, Office of |
| | _____ | | ☐ | ☐ Intelligence Policy and Review, Office of |
| | _____ | | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| ☐ | ☐ Antitrust Division | | ☐ | ☐ Justice Management Division Staff: _____ |
| ☐ | ☐ Bureau of Alcohol, Tobacco, Firearms and Explosives | | ☐ | ☐ Justice Programs, Office of |
| ☐ | ☐ Civil Division | | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Rights Division | | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ Community Relations Service | | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Community Oriented Policing Services | | ☐ | ☐ Professional Responsibility Advisory Office |
| ☐ | ☐ Criminal Division | | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Dispute Resolution, Office of | | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ Drug Enforcement Administration | | ☐ | ☐ Tax Division |
| ☐ | ☐ Environment & Natural Resources Division | | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☐ | ☐ Federal Bureau of Prisons | | ☐ | ☐ U.S. Marshals Service |
| ☐ | ☐ Federal Bureau of Investigation | | ☐ | ☐ U.S. Parole Commission |
| ☐ | ☐ Federal Detention Trustee, Office of | | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Foreign Claims Settlement Commission | | ☐ | ☐ _____ |

Requester: Frank E. Voth

Ref: Case No. 8912-37108

Date of Request: June 22, 2005

Received By: FOIA/PA Mail Referral Unit     Type of Request: FOI/PA

Remarks: Requester advised of this referral.

FORM JMD-481  
Rev. Mar. 2004

```
                      ...........CIRCUIT COURT              Status Closed      INAC
Case#...... 891237108 Oregon State Of/Voth Frank Everett
                      Offense Felony - Rape-1 - A/FEL                            *

___ ROLE_____    OTHER PEOPLE _____ ATTORNEY_____
 2  Reporter    FTR


___ ENTER DT   FILE DT   EVENT/FILING/PROCEEDING_____   SCHD DT   TIME__ ROOM
 1  12/19/89   12/19/89  Indictment
                         $20,000 @ Ct
 2  12/19/89   12/19/89  Warrant Arrest
                         FLB
 3  1/09/90    1/09/90   Arraignment Scheduled             1/19/90  9:00 AM JC3Y
                         Set per DA'S OFF / CUST: OSP
                         Notice to Transp
 4  1/11/90    1/10/90   Order to Transport Prisoner
                         from OSCI
               1/09/90   Signed
                         JUD    1 Steinbock Irving M
 5  1/19/90    1/19/90   Return of Service Warrant                               +

F5=DSPATY        F7=DSPCASFIN                      F10=BROWSE FWD  F11=BROWSE BCK
```

*This would be $20,000 per Count.* (handwritten annotation)

### Non-Negotiable Charge Back

Frank Everett Voth, the defendant in the above-cited criminal case accept for value all related endorsements, front and back, in accordance with UCC 3-419 and RJR-192. Please charge my Treasury Direct Account Employee Identification Number 544901531E83632539 for the registration fees and command the memory of account Number 544901531E83632539 to charge the same to the debtor's Order, or Your Order.

Employer ID No. 544901531E83632539
Value: $120,000.00

Frank Everett Voth
"Without Prejudice UCC 1-207"

STATE OF OREGON   )
                 : ss
County of Umatilla)

I, __Frank Everett Voth_____, being duly sworn, depose and say that I deposited the attached _Request For All Criminal-Commercial Bonds_ for State of Oregon v. Frank Everett Voth, 8912-37108

in the U.S. Postal Service Office, postage prepaid, on this date:

Department of Justice
~~Executive Office US Attorneys~~
600 E Street, NW RM 7300
~~Washington, DC 20530~~

Judge Michael Marcus
Multnomah County Courthouse
1021 SW 4th Avenue
Portland, Oregon 97204

Mr. John Hoover
Assistant District Attorney
Multnomah County Courthouse
600 County Courthouse
Portland, Oregon 97204

_(signature)_
Signature of Affiant
Frank Everett Voth

This instrument was acknowledged before me on _February 7_, 2006, by _Frank E. Voth_.

_Sharon Jean Justus_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _08-30-09_

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 394353
MY COMMISSION EXPIRES AUG. 30, 2009

## AFFIDAVIT OF MAILING

STATE OF OREGON    )
                   : ss
County of Umatilla )

I, __Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached __Notice Of Federal Tort Claim_____

_____

in the U.S. Postal Service Office, postage prepaid, on this date:

U.S. Dept of Justice
Justice Tort Claim Division
Const. Ave. & 10th St. NW
Washington, D.C. 20530

_Frank Voth_
Signature of Affiant
Frank Everett Voth
"Without Prejudice UCC 1-207"

This instrument was acknowledged before me on __February 13__, 20_06_, by

__Frank E. Voth__

__Sharon Jean Justus__
NOTARY PUBLIC
MY COMMISSION EXPIRES: __08-30-09__

OFFICIAL SEAL
SHARON JEAN JUSTUS
NOTARY PUBLIC-OREGON
COMMISSION NO. 394353
MY COMMISSION EXPIRES AUG. 30, 2009

06/01/06  THU 14:17  [TX/RX NO 8510]  ☑013