# EXHIBIT C



**U.S. Department of Justice**

Criminal Division

*Washington, DC 20530-0001*

March 17, 2006

Mr. Frank Everett Voth, #6100632
82911 Beach Access Road
Umatilla, OR 97882

Dear Mr. Voth:

Thank you for your letter to the Department of Justice. To ensure that your concerns are addressed, your letter is being forwarded to the Department of Treasury for review and any appropriate action. Please understand that it may take some time to look thoroughly into the issues you have raised. Any questions regarding the status of your letter should be directed to:

> Department of Treasury
> Office of the Inspector General
> 1500 Pennsylvania Avenue, NW
> Room 2418
> Washington, D.C. 20220

We thank you for writing to the Department of Justice.

Sincerely,

Correspondence Management Staff
Office of Administration