# EXHIBIT D

ORIGINAL
FV 3-29-06

March 29, 2006

Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

Department of Treasury
Office of the Inspector General
1500 Pennsylvania Avenue, NW
Washington, Dist. Col. 20220

     Subject: NON-NEGOTIABLE CHARGE BACK

Dear Inspector General:

    I am in reciept of the March 17, 2006, letter the Correspondence Management Staff of the Department of Justice has forward your office along with my letter and Instrument(s) attached thereto.

    The attached "Ex Parte Motion For Modification Of Security Requirements By Court," has been filed with the Multnomah County Circuit Court for the State of Oregon and as of this date the time allowed for a 'Notice of Objection' and request for a hearing by the United States Department of Justice and/or the District Attorney for Multnomah County in accordance with ORCP 82G(1) has not been requested.

    Therefore, because all crime is commererce under Title 27 C.F.R. 72.11, and **Waring v. Clark, 46 U.S. 441 (U.S. LA (1847)**, this Office has authority, and a duty, in accordance with the "Truth-In-Lending Act," to Order the Circuit Court of Multnomah County for the State of Oregon to modify the security requirements in **STATE OF OREGON v. Frank Everett Voth, 8912-37108**, ajust my account, and Charge Back the $120,000.00 which secured the bond, stipulation, or other undertakings in the judicial proceeding.

    I have requested the record of any Certified Power of Attorney which may be used as evidence in a civil action under Title 31 U.S.C. § 9307 authorizing a Serety Corporation to provide a Surety Bond in the aforesaid judicial proceeding, and as of this date this Office has neglected to provide any Instrument(s) from a Government Body and/or whom or what person (a) secured the bond(s) and (b) hold the bonds.

Page 1 of 2

Wherefore, Mr. Frank Everett Voth, the defendant, in the Multnomah County Circuit Court for the State of Oregon judicial proceeding, STATE OF OREGON v. Frank Everett Voth, 8912-37108 accept for value all related endorsements, front and back, in acordance with UCC 3-419 and HJR-192. In accordance with the "Truth-In-Lending-Act," charge my Treasury Direct Account Number 544901531E83632539 for the registration fees and command the memory of account number 544901531E83632539 to charge the same to the debtor's Order, or Your Order.

Employer ID No. 544901531E83632539
Value Of Charge Back: $120,000.00

*Frank Voth*
Frank Everett Voth-[6100632]
"Without Prejudice UCC 1-207"

c:
Page 2 of 2

**ORIGINAL**

Mr. Frank Everett Voth
Sid: [6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| STATE OF OREGON, | Case No. 8912-37108 |
| Plaintiff, | |
| vs. | EX PARTE MOTION FOR MODIFICATION OF SERCURITY REQUIREMENTS BY COURT |
| Frank Everett Voth, | |
| Defendant. | ORAL ARGUMENT REQUESTED |

Comes Now, defendant, Frank Everett Voth, moves the court pursuant to ORCP 82A(6), for modification of security requirements regarding the criminal case bonding and/or bond(s) which secured the financing and/or pledge for the financing of the criminal case listed above.

Pursuant to ORCP 82A(6) the court may waive, reduce, or limit any security or bond(s) required for the above listed case upon an * * * "ex parte" showing of good cause and on such terms as may be just and equitable.

In the above listed case the defendant has accepted for value the $20,000.00 @ ct x 6 for a total of $120,000.00 and commanded his Treasury Direct Account Number 544901531E83632539 be charged the same. See attached Instruments.

Moreover, the Secretary of the United States Treasury neglected to secure and maintain the bookkeeping of certified true and correct copies of the bond(s) and identification number(s) with a certified indication of the amount secured per bond, per each offense charged in the above listed case, and which government body and/or whom or what "person(s)" corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or officers who (a) secured the bond(s) and (b) hold the bond(s), in the above listed judicial proceedings pursuant to Title(s) 31 USC § 321 and 5 USC § 522 (a)(1)(2)(D)(3)(A)(B).

Page 1 of 2-EX PARTE MOTION FOR MODIFICATION OF SECURITY REQUIREMENTS BY COURT

Furthermore, the DNA from the above listed case which would have exonerated i.e., "proved defendant is innocent of the commercial crimes the aforesaid bonds were issued for," have been destroyed by the prosecutor from the case; and under Oregon Constitution, Article 1, § 10, defendant is entitled to have a remedy by due course of law to redress the injury being done to him in his person and reputation.

Wherefore, considering a 'Notice of objection' and a request for a hearing is not filed within ten (10) days by the United States Department of Justice and/or the District Attorney for Multnomah County in accordance with ORCP 82G(1) or by any issuer or surety for the bond(s) in STATE OF OREGON v. Frank Everett Voth, 8912-37108, the court may approve defendant's motion for modification of security requirements.

### Declaration

Defendant, Frank Everett Voth, makes the following Declaration in accordance with ORCP 82E(1) and certify under the penalty of perjury that he is a resident of the Union State Of Oregon and that his Treasury Direct Account Number 544901531E83632539 has a Certified balance of $1,000,000,000.00 (One Million Dollars) limit kept by the Secretary of the United States Treasury and is worth twice the amount of the surety for the bond(s) in STATE OF OREGON v. Frank Everett Voth, 8912-37108.

Respectfully submitted,

Dated: 2-13-06     .

*Frank Voth* (signature)
Frank Everett Voth
"Without Prejudice UCC 1-207"

Page 2 of 2-EX PARTE MOTION FOR MODIFICATION OF SECURITY REQUIREMENTS BY COURT

```
Case Register........ Multnomah Circuit Court           Status Closed    INAC
Case#...... 891237108 Oregon State Of/Voth Frank Everett
                    Offense Felony - Rape-1 - A/FEL                            *

__ROLE_____  OTHER PEOPLE                      ATTORNEY_____
 2 Reporter  FTR


   ENTER DT  FILE DT  EVENT/FILING/PROCEEDING         SCHD DT  TIME   ROOM
 1 12/19/89  12/19/89 Indictment
                      $20,000 @ Ct
 2 12/19/89  12/19/89 Warrant Arrest
                      FLB
 3  1/09/90   1/09/90 Arraignment Scheduled           1/19/90  9:00 AM JC3Y
                      Set per DA'S OFF / CUST: OSP
                      Notice to Transp
 4  1/11/90   1/10/90 Order to Transport Prisoner
                      from OSCI
              1/09/90 Signed
                      JUD    1 Steinbock Irving M
 5  1/19/90   1/19/90 Return of Service Warrant                               +


F5=DSPATY       F7=DSPCASFIN                      F10=BROWSE FWD  F11=BROWSE BCK
```

Handwritten annotation: "This would be $20,000 per count."

Non-Negotiable Charge Back

Frank Everett Voth, the defendant in the above-cited criminal case accept for value all related endorsements, front and back, in accordance with UCC 3-419 and HJR-192. Please charge my Treasury Direct Account Employee Identification Number 544901531E83632539 for the registration fees and command the memory of account Number 544901531E83632539 to charge the same to the debtor's Order, or Your Order.

Employer ID No. 544901531E83632539
Value: $120,000.00

*[signature]*
Frank Everett Voth
"Without Prejudice UCC 1-207"

CERTIFICATE OF SERVICE

I hereby certify and depose that I served the attached:

EX PARTE MOTION FOR MODIFICATION OF SECURITY REQUIREMENTS

BY COURT

_____

_____

_____

on the below listed interested person/parties, by mailing a true and correct photocopy and/or original with first-class postage affixed, placing the same in the T.R.C.I. Legal mail depository on:

DATED this __13th__ day of __February__, 20 __06__.

Number of copies sent (1) to:

Judge Michael H. Marcus

Multnomah County Courthouse

1021 SW 4th Avenue, Ste. 34

Portland, Oregon 97204

Number of copies sent (1) to:

Department Of Justice

Executive office

U.S. Attorneys

600 E Street, NW RM 7300

Washington, D.C. 20530

Number of copies sent (1) to:

Mr. John Hoover

Assistant District Attorney

Multnomah County Courthouse

600 County Courthouse

Portland, Oregon 97204

Number of copies sent (__) to:

_____

_____

_____

_____

_____

_____

*[signature]*

Print Name: Frank Everett Voth

Inmate No.: [6100632]

Two Rivers Corr. Inst.
82911 Beach Access Rd.
Umatilla, OR [97882-9419]

CERTIFICATE OF SERVICE
- SOLO AT REAR -:

STATE OF OREGON   )
                 : ss
County of Umatilla)

I, __Frank Everett Voth_____, being duly sworn, depose and say that

I deposited the attached __NON-NEGOTIABLE CHARGE BACK_____

_____

in the U.S. Postal Service Office, postage prepaid, on this date:

Department of Treasury                Mr. John Hoover

Office of the Inspector General       Assistant District Attorney

1500 Pennsylvania Avenue, NW          Multnomah County Courthouse
                                      600 County Courthouse
Washington, Dist. Col. 20220          Portland, Oregon 97204


Judge Michael H. Marcus

Multnomah County Courthouse

1021 SW 4th Avenue, Ste. 34

Portland, Oregon 97204

_____
Signature of Affiant
Frank Everett Voth


This instrument was acknowledged before me on __3/27____, 20_06_, by

VOTH, FRANK E.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:

OFFICIAL SEAL
DOUGLAS M ABBOTT
NOTARY PUBLIC-OREGON
COMMISSION NO. 389187
MY COMMISSION EXPIRES SEPT. 25, 2008