# EXHIBIT E

"NOTICE"

RECEIVED
2006 AUG -7 A 10:52
CASE RE
CIVIL L

July 13, 2006

Mr. Frank Voth
Sid: [6100632]
2500 Westgate
Pendleton, Oregon [97801]

United States Department of Justice
Justice Tort Claim Division
Constitutional Avenue & 10th Street NW
Washington, D.C. 20530

        Re:   Notice Of Tort Claim Filed On February 13, 2006

Dear Justice Department:

        On August 13, 2006, six (6) months will have passed since I filed the above-
mention Federal Tort Claim with this office.  On March 17, 2006, this office sent
me a notice that the Department of Treasury had been provided the Tort Claim and
would thoroughly look into the Claim.  See, FCLCT-Rule 65.1(a)(b).

        However, as of this date the Department of Treasury has not redressed my personal
injury, acknowledge receipt of your letter or informed me what the status of my Claim
is.

        Wherefore, pursuant to Title(s) 28 USC § 2672 & 31 USC § 3724 will this office
stipulate to settle my Claim against the Department of Treasury prior to August 13,
2006?

        Thank you for your time and consideration given this matter.



        Sincerely,



        Frank Voth


c       File