# EXHIBIT F

**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Mary Jo Touhey
Trial Attorney

PJP:MJTouhey:hls
157-0-32-3

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

September 5, 2006

Frank Everett Voth
#6100632
2500 Westgate
Pendleton, Oregon 97801

Re: Administrative Tort Claim of Frank Everett Voth

Dear Mr. Voth:

This is in response to the administrative tort claim dated February 13, 2006, which you presented to the Department of Justice. The Department of Justice received your claim on August 3, 2006.

Pursuant to 28 C.F.R. § 14.2(b)(1) a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agency for evaluating the merits of your claim is the Department of the Treasury. Accordingly, I am forwarding your claim to that agency.

Please direct all further communication regarding your claim to the Department of the Treasury at the address listed below.

Very truly yours,

MARY JO TOUHEY
Trial Attorney
Torts Branch, Civil Division

cc:  Honorable Arnold I. Havens
     General Counsel
     U.S. Department of the Treasury
     Room 3000
     1500 Pennsylvania Avenue, N.W.
     Washington, D.C. 20220