# EXHIBIT G

## Select A Case

**This person is a party in 13 cases.**

| Case | Title | Filed | Closed |
|---|---|---|---|
| 3:91-cv-00537-FR | Voth v. Multnomah County Cou | filed 06/05/91 | closed 09/27/91 |
| 3:91-cv-00570-DA | Voth v. Oregon Oregonian | filed 06/17/91 | closed 07/14/91 |
| 3:91-cv-00626-AS | Voth v. Multnomah County D, et al | filed 07/01/91 | closed 11/25/92 |
| 3:91-cv-00774-FR | Voth v. Zenor | filed 08/02/91 | closed 05/04/92 |
| 3:91-cv-00847-JE | Voth v. Baldwin | filed 08/20/91 | closed 02/21/92 |
| 3:91-mc-00060 | Voth v. Multnomah County, OR, et al | filed 02/26/91 | |
| 3:92-cv-01003-JU | Bell, et al v. Chandler, et al | filed 08/13/92 | closed 12/21/92 |
| 3:93-cv-00689-AS | Voth v. Herrell, et al | filed 06/11/93 | closed 08/23/93 |
| 3:95-cv-06264-PA | Voth v. Thompson, et al | filed 08/25/95 | closed 11/08/95 |
| 6:89-cv-06454-HO | Voth v. Multnomah County Com, et al | filed 12/07/89 | closed 10/14/93 |
| 6:90-cv-06123-JO | Voth v. Marion County, et al | filed 03/27/90 | closed 08/06/90 |
| 6:90-cv-06127-JO | Voth v. Marion County, et al | filed 03/27/90 | closed 08/06/90 |
| 6:90-cv-06339-HO | Voth v. Zenon | filed 08/14/90 | closed 05/29/91 |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/12/2007 10:31:33 |||
| PACER Login: | du5738 | Client Code: |
| Description: | Search | Search — Last Name: Voth First Name: Frank Middle Name: Everett |

|            |   | Criteria: | Type: pty |
|------------|---|-----------|-----------|
| Billable Pages: | 2 | Cost: | 0.16 |