UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

FRANK VOTH,                          )
                                     )
             Plaintiff,              )
                                     )
        v.                           )        Civil Action No. 06-1549 (RWR)
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
             Defendant.              )
_____)

TRANSFER ORDER

        In this action brought *pro se*, plaintiff, an Oregon state prisoner, sues the United States

under the Federal Tort Claims Act.  28 U.S.C. §§ 1346(b), 2671-2680.  Defendant moves to

dismiss or to transfer venue.  "Any civil action on a tort claim against the United States . . . may

be prosecuted only in the judicial district where the plaintiff resides or wherein the act or

omission complained of occurred."  28 U.S.C. § 1402(b).  The alleged misconduct occurred in

Oregon, where plaintiff currently resides.  This venue therefore is not proper for litigating the

claim.  Accordingly, it is

        ORDERED that defendant's motion to transfer [Dkt. No. 13] is GRANTED; and it is

further

        ORDERED that pursuant to 28 U.S.C.  § 1406(a), this case is TRANSFERRED to the

United States District Court for the District of Oregon.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
DATE: February 26, 2007             United States District Judge