"NOTICE"

March 5, 2007

Mr. Frank Voth-[6100632]
82911 Beach Access Road
Umatilla, Oregon [97882]

**RECEIVED**

MAR 1 3 2007

Chambers of Judge Roberts

Clerk of the Court
United States District Court
For The District Of Columbia
333 Constition Avenue, N.W.
Washington, D.C. 20001

    Re: <u>Frank Voth v. United States Of America, 06-1549-RWR</u>

Dear Clerk:

    On January 30, 2007, I provided Ms. Michelle N. Johnson, the attorney for the defendant in the abovecited case, a exact true copy of my Notice informing the Court my address has been changed to the abovecited address.

    However, Ms. Johnson continues to send my copies of the documents being filed for her client to the wronge address and it is taking over three (3) weeks for the documents to be forward to me after they have been open and read at the other prison.

    Will the court please issue an Order directing the defendant's attorney to address my copy of any documents to be filed in this case to the abovecited address on this Notice so I will receive them timely?

    Thank you for your time and assistance in this matter.


Regards,


*Frank Voth* (signature)
Frank Voth


c:   Michelle Johnson